**\*\* E-filed December 7, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHELON KNOX, | No. C11-05699 HRL |
| Plaintiff, | **INTERIM ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| FACEBOOK, INC., | **[Re: Docket No. 1]** |
| Defendant. | |

Before the Court is plaintiff Shelon Knox's Application to Proceed In Forma Pauperis. However, the Court cannot make a determination on her application at this time because it fails to include the following: (1) prior employment information, including gross and net monthly salary and wages, if any; (2) the name and address of any bank or banks where plaintiff holds an account, and the present balance, if any; (3) the amount of plaintiff's cash on hand; (4) plaintiff's monthly expenses, if any; and (5) plaintiff's current debts or obligations, if any (do not list account numbers). If Plaintiff wishes to have the Court consider her application further, she must submit a new application that includes the missing information by **December 27, 2011**.

**IT IS SO ORDERED.**

Dated: December 7, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-05699 HRL Notice will be sent by alternative means to:**

Shelon Knox
1217 Newark Drive
St. Louis, MO 63137

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**