1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHELON KNOX, ) | Case No.: 5:11-CV-05699 EJD |
| ) | |
| Plaintiff, ) | **ORDER DENYING MOTION FOR** |
| ) | **JOINDER** |
| v. ) | |
| ) | **(Re: Docket No. 3)** |
| FACEBOOK INC., ) | |
| ) | |
| Defendant. ) | |

Before the court is Plaintiff's Motion for Joinder pursuant to Fed. R. Civ. P. 20(a)(1). For

the reasons discussed below, the motion is DENIED.

**I. BACKGROUND**

On November 28, 2011, Plaintiff filed the Complaint in this action. Also on November 28,

2011, Plaintiff filed this Motion for Joinder.

On December 12, 2011, Defendant Facebook, Inc. ("Facebook") filed a motion to relate

this case to a class action that is also before this court, Davis, et al. v. Facebook, Case No. 11-CV-

04834 EJD. See Docket No. 7. On December 14, 2011 the court determined that this case was not

related to the class action. See Docket No. 8.

On January 11, 2012, the court determined that this case is related to the following cases:

11-CV-6367, 11-CV-5700, 11-CV-5701, 11-CV-5763, 11-CV-5764. See Docket No. 14. On

January 26, 2012, the court determined that case number 11-CV-06445 is also related to these six

cases. See Docket No. 21.

1

Case No.: 5:11-CV-05699 EJD
ORDER DENYING MOTION FOR JOINDER

1

**II. LEGAL STANDARDS**

2

Pursuant to Fed. R. Civ. P. 20(a)(1), persons may join in one action as plaintiffs if: (a) they

3

assert any right to relief jointly, severally, or in the alternative with respect to or arising out of the

4

same transaction, occurrence, or series of transactions or occurrences; and (b) any question of law

5

or fact common to all plaintiffs will arise in the action.

6

**III. DISCUSSION**

7

The court is unable to determine from Plaintiff's motion what joinder Plaintiff seeks.

8

Plaintiff's motion states that Plaintiff "makes this request for joinder in this controversy, due to the

9

efficiency it would provide to this Court and the related claim within the class action already in

10

dispute against Facebook Inc." Docket No. 3. Plaintiff, however, has not identified any additional

11

plaintiffs to join in this action. Thus, Plaintiff has not provided sufficient information to the court to

12

demonstrate that the requirements of Rule 20(a)(1) are satisfied. Accordingly,

13

IT IS HEREBY ORDERED that the motion for joinder is DENIED.

14

Dated: February 7, 2012

15

16

EDWARD J. DAVILA
United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 5:11-CV-05699 EJD
ORDER DENYING MOTION FOR JOINDER